# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER DIGIONDOMENICO,** | : | Civil No. 1:22-CV-439 |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **KILOLO KIJAKAZI,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 15th day of February, 2023, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that this case is REMANDED for further consideration of the Plaintiff's application by a different constitutionally appointed ALJ and the clerk is directed to CLOSE this file.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1